John HARVEY v. STATE. (No. 12106.) Court of Criminal Appeals of Texas. Oct. 10,

1928. ▮▮▮ Glover Engledow, of Groesbeck, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for three years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.